IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAEVONNA MCFIELD, a minor by | : | CIVIL ACTION |
| and through her parent and natural | : | |
| guardian, Ravonnia Ray | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY, | : | |
| et al. | : | NO. 13-5284 |

ORDER

AND NOW, this 17th day of January, 2014, upon consideration of plaintiff's Second Amended Complaint and defendant Philadelphia Housing Authority ("PHA")'s motion to dismiss (docket entry # 6), plaintiff's response in opposition thereto, PHA's reply to that response, and plaintiff's surreply, and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.  Defendant Philadelphia Housing Authority's motion to dismiss plaintiff Ravonnia Ray's Second Amended Complaint (docket entry # 6) is GRANTED;

2.  Defendant Philadelphia Housing Authority is DISMISSED; and

3.  By noon on January 24, 2014, plaintiff shall FILE a motion for entry of default against defendant John Cassidy, or we may dismiss this case for failure to prosecute.

BY THE COURT:


 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.